UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   Miguel Sandoval<br>   Sara Sandoval<br>          Debtor(s) | Case No. 12 B 13529 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 04/03/2012.

    2) The plan was confirmed on 07/30/2012.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was Dismissed on 03/25/2013.

    6) Number of months from filing to last payment: 9.

    7) Number of months case was pending: 18.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,808.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,808.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $866.43 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $104.98 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$971.41** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A-1 Collection Services | Unsecured | 1,263.00 | NA | NA | 0.00 | 0.00 |
| Aaron's Inc | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ABC Financial Service | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Active Collection Services | Unsecured | 164.00 | 164.10 | 164.10 | 0.00 | 0.00 |
| Advanced Allergists | Unsecured | 231.32 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Medical Center | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 443.00 | NA | NA | 0.00 | 0.00 |
| Amo Recoveries | Unsecured | 518.39 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Priority | 451.40 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| Athletic & Therapeutic Institute | Unsecured | 251.50 | NA | NA | 0.00 | 0.00 |
| ATI Physical Therapy | Unsecured | 391.87 | NA | NA | 0.00 | 0.00 |
| Avante | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| BYL Collection Services | Unsecured | 1,023.50 | NA | NA | 0.00 | 0.00 |
| Cary Bortnick, MD | Unsecured | 22.30 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 120.00 | 451.40 | 451.40 | 0.00 | 0.00 |
| Commercial Check Control | Unsecured | 40.89 | NA | NA | 0.00 | 0.00 |
| Continental Finance | Unsecured | 348.48 | NA | NA | 0.00 | 0.00 |
| Continental Finance | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| Delmarva Capital Services | Unsecured | 741.73 | NA | NA | 0.00 | 0.00 |
| Diversified Adjustment Service | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| Dr Chirag H Shah | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Drive Now | Unsecured | NA | 49.39 | 49.39 | 0.00 | 0.00 |
| Drive Now | Unsecured | NA | 1,632.00 | 1,632.00 | 0.00 | 0.00 |
| Drive Now | Unsecured | 2,803.00 | NA | NA | 0.00 | 0.00 |
| Drive Now | Secured | 2,803.00 | 2,461.78 | 2,412.39 | 534.20 | 55.20 |
| Drive Now | Secured | 6,442.00 | 6,442.00 | 6,442.00 | 1,107.38 | 139.81 |
| Eating Well | Unsecured | 14.97 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Enhanced Recovery | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 181.29 | NA | NA | 0.00 | 0.00 |
| Francis A Kania DPM | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 45.95 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 320.24 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 110.34 | NA | NA | 0.00 | 0.00 |
| Ice Mountain | Unsecured | 156.20 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 616.24 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 110.34 | 474.44 | 474.44 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 131.60 | 131.60 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | NA | 639.84 | 639.84 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,082.57 | 1,082.57 | 1,082.57 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 8.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 7.84 | 7.84 | 0.00 | 0.00 |
| J V D B & Associates | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| J V D B & Associates | Unsecured | 188.60 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 306.35 | 209.51 | 209.51 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 306.35 | 306.35 | 306.35 | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 922.00 | 921.63 | 921.63 | 0.00 | 0.00 |
| Linebarger Goggan Blair & Simpson | Unsecured | 228.14 | NA | NA | 0.00 | 0.00 |
| Lou Harris | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Mages & Price | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Mea Elk Grove LLC | Unsecured | 74.29 | NA | NA | 0.00 | 0.00 |
| Medco Financial Associates | Unsecured | 459.79 | NA | NA | 0.00 | 0.00 |
| Medco Health Solutions | Unsecured | 74.70 | NA | NA | 0.00 | 0.00 |
| Medco Health Solutions | Unsecured | 163.14 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 45.95 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Nco / Inovision-Medclr | Unsecured | 246.50 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 56.40 | NA | NA | 0.00 | 0.00 |
| Northwest Community Hospital | Unsecured | 45.95 | NA | NA | 0.00 | 0.00 |
| Northwest Gastroenterologists | Unsecured | 47.04 | NA | NA | 0.00 | 0.00 |
| Northwest Medical Faculty | Unsecured | 664.10 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 497.00 | 496.61 | 496.61 | 0.00 | 0.00 |
| Premium Asset Recovery Corp | Unsecured | 80.16 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 235.00 | 80.16 | 80.16 | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| R K Medical Center | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 85.46 | NA | NA | 0.00 | 0.00 |
| Rodel | Unsecured | 81.46 | NA | NA | 0.00 | 0.00 |
| Schaumburg Dental Associates | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Sinai Medical Group | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| SKO Brenner American | Unsecured | 119.85 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 504.00 | 905.81 | 905.81 | 0.00 | 0.00 |
| State Collection Service | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| The Dental Store | Unsecured | 99.27 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| Village Of Elk Grove | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Weiss Memorial | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| Woodfield Orthopedics | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,854.39 | $1,641.58 | $195.01 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,854.39** | **$1,641.58** | **$195.01** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,722.41 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,722.41** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,830.84** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $971.41 |
| Disbursements to Creditors | $1,836.59 |
| **TOTAL DISBURSEMENTS :** | **$2,808.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/20/2013         By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**